IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY BARTON,<br>AIS #191236,<br><br>    Plaintiff,<br><br>    v.<br><br>ALABAMA DEPARTMENT OF<br>CORRECTIONS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:16-CV-639-WKW<br>)               [WO]<br>)<br>)<br>)<br>) |

## **ORDER**

On October 12, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 9.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's complaint is DISMISSED without prejudice.

DONE this 2nd day of November, 2016.

                                                    /s/ W. Keith Watkins
                                       CHIEF UNITED STATES DISTRICT JUDGE